Monique M. Fuentes (#205501)
(mfuentes@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

*Attorneys for Defendant Continental Casualty Company, on behalf of itself and CNA Insurance Company, Inc., which is not a legal entity*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,<br><br>Plaintiffs,<br><br>v.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | No. C07-05764 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY CONTINENTAL CASUALTY COMPANY, ON BEHALF OF ITSELF AND CNA INSURANCE COMPANY, INC., WHICH IS NOT A LEGAL ENTITY** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Continental Casualty Company

CNA Financial Corporation

Loew's Corporation

1  Date:  November 19, 2007

Respectfully submitted,

ROSS, DIXON & BELL, LLP

 */s/ Monique M. Fuentes*
Monique M. Fuentes

*Attorneys for Defendant Continental Casualty Company, on behalf of itself and CNA Insurance Company, Inc., which is not a legal entity*