SQUIRE, SANDERS & DEMPSEY L.L.P.
Ethan A. Miller (State Bar No. 155965)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email:    eamiller@ssd.com
          dbalmat@ssd.com

Attorneys for Plaintiffs
THE FOCAL POINT LLC, ANDREW SPINGLER,
LINDA SPINGLER, G. CHRISTOPHER RITTER;
and SCOTT HILTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,<br><br>  Defendants. | Civil Action No. C 07-05764 MHP<br><br>**VIA E-FILING**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>-- AND --<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned parties, through counsel, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: December 3, 2007

Respectfully submitted,
SQUIRE, SANDERS & DEMPSEY L.L.P.

By:        /s/
           Daniel T. Balmat

Attorneys for Plaintiffs
THE FOCAL POINT LLC, ANDREW
SPINGLER, LINDA SPINGLER, G.
CHRISTOPHER RITTER; and SCOTT HILTON

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, CASE NO. C 07-05764 MHP