SQUIRE, SANDERS & DEMPSEY L.L.P.
Ethan A. Miller (State Bar No. 155965)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email:    eamiller@ssd.com
          dbalmat@ssd.com

Attorneys for Plaintiffs
THE FOCAL POINT LLC, ANDREW SPINGLER,
LINDA SPINGLER, G. CHRISTOPHER RITTER;
and SCOTT HILTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,<br><br>           Plaintiffs,<br><br>    vs.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,<br><br>           Defendants. | Civil Action No. C 07-05764 MHP<br><br>**E-FILING**<br><br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Civil L.R. 3-16) |

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: December 3, 2007         SQUIRE, SANDERS & DEMPSEY L.L.P.

By:           /s/
              Daniel T. Balmat

Attorneys for Plaintiffs
THE FOCAL POINT LLC, ANDREW SPINGLER, LINDA SPINGLER, G. CHRISTOPHER RITTER; and SCOTT HILTON