UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Focal Point, LLC

                Plaintiff(s),

        v.

CNA Insurance Company, Inc.
Continental Casualty Company

               Defendant(s).
_____/

CASE NO. C 07-05764 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    March 3, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Monique M. Fuentes, | Continental Casualty Co., | (949) 622-2716, | mfuentes@rdblaw.com |
| Ethan A. Miller, | All Plaintiffs | (415) 954-0288, | eamiller@ssd.com |
| Daniel T. Balmat, | All Plaintiffs | (415) 954-0383, | dbalmat@ssd.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/11/08

                                                      Attorney for Plaintiff

Dated: 2/11/08

                                                      Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place.

On February 12, 2008, a copy of the following document(s):

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

was served on:

| | |
|---|---|
| Monique M. Fuentes<br>Ross Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614-8529<br>Tel: (949) 622-2700<br>Fax: (949) 622-2739<br>Email: *courtier@rdblaw.com* | *Attorneys for Defendants*<br>CNA Insurance Company, Inc. and<br>Continental Casualty Company |

Service was accomplished as follows.

☒   **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 12, 2008, at San Francisco, California.

_____
Regina Arroyo