**CIVIL MINUTES**

**Judge MARILYN H. PATEL**

Date: **March 3, 2008**

**C - 07 - 5764 - MHP**

**The Focal Point LLC et al.,**      v   **CNA Insurance Company Inc., et al.,**

Attorneys:   Ethan Miller                             Monique Fuentes

                     Daniel Balmat

Deputy Clerk: **TRACY LUCERO**            Reporter: **Connie Kuhl**

**PROCEEDINGS:**                                                               **RULING:**

1. _____

2. _____

3. _____

4. _____

   ( ) Status Conference      ( ) P/T Conference     (X) Case Management Conference

**ORDERED DURING HEARING:**

Plaintiff's previously filed a motion for partial summary judgment re: duty to defend, defendant intends on filing a cross-motion. Briefing schedule: Defendant to file opposition & cross motion by 4/4/08; plaintiff to file opposition by 4/14/08. No replies. Hearing set for 4/28/08 at 2:00 p.m.. Documents that contain term & conditions of settlement may be filed under seal. Court relieves counsel of declaration requirement when submitting proposed order to seal documents.

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

( ) Referred to Magistrate For:_____
          ( )By Court
(X) CASE CONTINUED TO  4/28/08 at 2:00 p.m.   for Hearing on x-motions

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                        Type of Trial:  ( )Jury   ( )Court
Notes: _____