ROSS, DIXON & BELL, LLP
Monique M. Fuentes (Cal. Bar No. 205501)
5 Park Plaza, Suite 1200
Irvine, CA 92614     Telephone (949) 622-2700  Facsimile (949) 622-2739
Attorneys for Defendant Continental Insurance Company
(Name, address, and phone number of applicant)

FILED
08 MAR 12 PM 2:05

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE FOCAL POINT, LLC, et al.

Plaintiff(s),

v.

CNA INSURANCE COMPANY, INC.;
CONTINENTAL INSURANCE COMPANY

Defendant(s)

CASE NO. C07-05764 MHP

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Monique M. Fuentes, an active member in good standing of the bar of , hereby applies Richard A. Simpson for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant Continental Casualty Company, on behalf of itself and CNA Insurance Company, Inc., which is not a legal entity in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Monique M. Fuentes (Cal. Bar No. 205501)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614  Telephone (949) 622-2700  Facsimile (949) 622-2739

American LegalNet, Inc.
www.FormsWorkflow.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 7, 2008                              Richard A. Simpson

See Attachment A "Courts to Which Applicant is a Member in Good Standing"

American LegalNet, Inc.
www.FormsWorkflow.com

## Attachment A – Courts to Which Applicant is a Member in Good Standing
Richard A. Simpson

| **BAR DATE** | **BAR NO.** | **ADMISSION** |
|---|---|---|
| **State:** | | |
| Illinois Supreme Court | 03122509 | 11/3/78 |
| D.C. Court Of Appeals | 411893 | 10/16/87 |
| Maryland | N/A | 2000 |
| Virginia | 32454 | 4/25/91 |
| Virginia Supreme Court | N/A | 1/6/92 |
| **Federal:** | | |
| U.S. Supreme Court | | 12/12/88 |
| U.S. Court of Appeals for the D.C. Circuit | | 1/19/90 |
| U.S. Court of Appeals for the First Circuit | 76095 | 02/14/01 |
| U.S. Court of Appeals for the Second Circuit | | 9/1/82 |
| U.S. Court of Appeals for the Third Circuit | | 5/10/93 |
| U.S. Court of Appeals for the Fourth Circuit | | 12/5/78 |
| U.S. Court of Appeals for the Fifth Circuit | | 11/9/87 |

| **BAR DATE** | **BAR NO.** | **ADMISSION** |
|---|---|---|
| U.S. Court of Appeals for the Sixth Circuit | | 2/4/94 |
| U.S. Court of Appeals for the Seventh Circuit | | 4/9/79 |
| U.S. Court of Appeals for the Ninth Circuit | | 9/22/92 |
| U.S. Court of Appeals for the Eleventh Circuit | | 2/21/07 |
| U.S. District Court for the Northern District of Illinois | | 3/26/79 |
| U.S. District Court for the District of Columbia | | 9/11/89 |
| U.S. District Court for the Eastern District of Virginia | | 4/7/93 |
| U.S. District Court for the Western District of Virginia | | 2/16/07 |
| U.S. District Court for the District of Maryland | 014174 | 02/01/99 |
| U.S. District Court for the Southern District of Texas | 34706 | 08/20/03 |
| U.S. District Court for the Northern District of Texas | | 03/29/05 |

857620 v 1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5 Park Plaza, Suite 1200, Irvine, California 92614-8592.

On March 11, 2008, I served the following document(s) described as:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ **BY FACSIMILE TRANSMISSION (C.C.P. § 1013(e)):** As follows: The papers have been transmitted to a facsimile machine by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The copy of the notice or other paper served by facsimile transmission shall bear a notation of the date and place of transmission and the facsimile telephone number to which transmitted or be accompanied by an unsigned copy of the affidavit or certificate of transmission which shall contain the facsimile telephone number to which the notice of other paper was transmitted to the addressee(s).

☒ **BY MAIL:** As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL:** As follows: I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited with overnight mail on that same day prepaid at Irvine, California in the ordinary course of business.

Ethan A. Miller
Daniel T. Balmat
SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Tel.: (415) 954-0200
Fax: (415) 393-9887

*Attorneys for:*
*The Focal Point, LLC; Andrew Spingler; Linda Spingler; G. Christopher Ritter; and Scott Hilton*

857333 v 1

ROSS, DIXON & BELL, LLP
5 PARK PLAZA, SUITE 1200
IRVINE, CA 92614-8592

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on March 11, 2008, at Irvine, California.

*Nancy A. Exley* (signature)
Nancy Exley

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016898
Cashier ID: almaceh
Transaction Date: 03/12/2008
Payer Name: ross dixon and bell
------------------------------------
PRO HAC VICE
 For: M M FUENTES
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 5289
 Amt Tendered: $210.00
------------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C 07-5764 MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```