UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE FOCAL POINT, LLC, et Cal.

Plaintiff(s),
v.
CNA INSURANCE COMPANY, INC.;
CONTINENTAL CASUALTY
COMPANY,

Defendant(s).

CASE NO. C07-05764 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Richard A. Simpson, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is, ROSS, DIXON & BELL, LLP, 2001 K Street, N.W., Washington, D.C. 20006-1040 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Continental Casualty Company, on behalf of itself and CNA Insurance Company, Inc., which is not a legal entity.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 3/18/2008



IT IS SO ORDERED
Judge Marilyn H. Patel

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5 Park Plaza, Suite 1200, Irvine, California 92614-8592.

On March 11, 2008, I served the following document(s) described as:

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ **BY FACSIMILE TRANSMISSION (C.C.P. § 1013(e))**: As follows: The papers have been transmitted to a facsimile machine by the person on whom it is served at the facsimile machine telephone number as last given by that person on any document which he or she has filed in the cause and served on the party making the service. The copy of the notice or other paper served by facsimile transmission shall bear a notation of the date and place of transmission and the facsimile telephone number to which transmitted or be accompanied by an unsigned copy of the affidavit or certificate of transmission which shall contain the facsimile telephone number to which the notice of other paper was transmitted to the addressee(s).

☒ **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for overnight mailing. Under that practice, it would be deposited with overnight mail on that same day prepaid at Irvine, California in the ordinary course of business.

| | |
|---|---|
| Ethan A. Miller<br>Daniel T. Balmat<br>SQUIRE SANDERS & DEMPSEY LLP<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111<br>Tel.: (415) 954-0200<br>Fax: (415) 393-9887 | *Attorneys for:*<br>*The Focal Point, LLC; Andrew Spingler; Linda Spingler; G. Christopher Ritter; and Scott Hilton* |

857333 v 1

ROSS, DIXON & BELL, LLP
5 PARK PLAZA, SUITE 1200
IRVINE, CA 92614-8592

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on March 11, 2008, at Irvine, California.

*[Signature: Nancy S. Exley]*
Nancy Exley

ROSS, DIXON & BELL, LLP
5 PARK PLAZA, SUITE 1200
IRVINE, CA 92614-8592

857333 v 1

- 2 -