1  Monique M. Fuentes (#205501)
       (mfuentes@rdblaw.com)
2  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
3  Irvine, California 92614-8529
   Telephone: (949) 622-2700
4  Facsimile: (949) 622-2739

5  Richard A. Simpson (*Pro hac vice*)
       (rsimpson@rdblaw.com)
6  ROSS, DIXON & BELL, LLP
   2001 K Street, NW
7  Washington, DC 20006-1040
   Telephone: (202) 662-2000
8  Facsimile: (202) 662-2190

9  *Attorneys for Defendant Continental Casualty Company, on behalf of itself and "CNA Insurance Company, Inc.," which is*
10 *not a legal entity*

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; 15  LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON, 16                     Plaintiffs, 17        v. 18  CNA INSURANCE COMPANY, INC.; 19  CONTINENTAL CASUALTY COMPANY, 20                     Defendants. | No. C07-05764 MHP  **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**  Date: April 28, 2008 Time: 2:00 p.m. Dept. 15 |

21
22
23
24
25
26
27
28

Plaintiffs The Focal Point, LLC's ("Focal Point"), Andrew Spingler, Linda A. Spingler, G. Christopher Ritter, and Scott Hilton (collectively, "Plaintiffs") Motion for Partial Summary Judgment came on regularly for hearing before this Court on April 28, 2008, at 2:00 p.m., in Department 15.

After full consideration of the moving papers and the opposing papers, and the authorities submitted by counsel, as well as counsels' oral argument, IT IS THEREFORE ORDERED that Focal Point's Motion for Partial Summary Judgment is hereby DENIED.

ENTERED this ___ day of _____, 2008.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Submitted by,

ROSS, DIXON & BELL, LLP

   /s/ Richard A. Simpson____
Monique M. Fuentes
Richard A. Simpson
*Attorneys for Defendant*
Continental Casualty Company