Monique M. Fuentes (#205501)
 (mfuentes@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Richard A. Simpson (*Pro hac vice*)
 (rsimpson@rdblaw.com)
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Defendant Continental Casualty Company, on behalf of itself and "CNA Insurance Company, Inc.," which is not a legal entity*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,<br><br>Plaintiffs,<br><br>v.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | No. C07-05764 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CONTINENTAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 28, 2008<br>Time: 2:00 p.m.<br>Dept. 15 |

1  Defendant Continental Casualty Company's ("Continental") Motion for Summary
2  Judgment came on regularly for hearing before this Court on April 28, 2008, at 2:00 p.m., in
3  Department 15.
4  After full consideration of the moving papers and the opposing papers, and the authorities
5  submitted by counsel, as well as counsels' oral argument, IT IS THEREFORE ORDERED that
6  Continental's Motion for Summary Judgment is hereby GRANTED and that judgment be entered
7  forthwith in favor Continental and against Plaintiffs in this action.
8  ENTERED this ___ day of _____, 2008.

_____
JUDGE OF THE UNITED STATES DISTRICT
COURT

Submitted by,

ROSS, DIXON & BELL, LLP


   /s/ Richard A. Simpson
Monique M. Fuentes
Richard A. Simpson
*Attorneys for Defendant*
Continental Casualty Company