1  Squire, Sanders & Dempsey L.L.P.
   Ethan A. Miller (State Bar # 155965)
2  Daniel T. Balmat (State Bar # 230504)
   One Maritime Plaza, Suite 300
3  San Francisco, California  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:   +1.415.393.9887
   Email:        eamiller@ssd.com
5                dbalmat@ssd.com

6  Attorneys for Plaintiffs
   THE FOCAL POINT, LLC; ANDREW SPINGLER;
7  LINDA SPINGLER; G. CHRISTOPHER RITTER;
   and SCOTT HILTON

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,,<br><br>                    Defendants. | Case No. C 07-05764 MHP<br><br>**PROOF OF SERVICE**<br><br>Date:         April 28, 2008<br>Time:        2:00 P.M.<br>Courtroom: 15, 18th Floor<br>Judge:       Honorable Marilyn H. Patel |

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is Squire Sanders & Dempsey LLP, One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place.

On April 14, 2008, a copy of the following documents:

**PLAINTIFFS' OPPOSITION TO DEFENDANT CONTINENTAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT [*filed under seal*]**

**DECLARATION OF ANDREW SPINGLER IN OPPOSITION TO CONTINENTAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT [*filed under seal*]**

**JOINT STATEMENT OF UNDISPUTED FACTS RE: CONTINENTAL CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT [*filed under seal*]**

was served on:

Monique M. Fuentes             *Attorneys for Defendants*
Ross Dixon & Bell, LLP         CNA Insurance Company, Inc. and
5 Park Plaza, Suite 1200       Continental Casualty Company
Irvine, CA 92614-8529
Tel: (949) 622-2700
Fax: (949) 622-2739
Email: *courtier@rdblaw.com*

Service was accomplished as follows.

☐     **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     **By Facsimile.** On the above date, I transmitted the above-mentioned document(s) by facsimile transmission machine to the parties noted above, whose facsimile transmission machine telephone number is set forth above.

|   |   |
|---|---|
| 1 | |
| 2 | ☒ **By Express Service Carrier.** On the above date, I sealed the above documents in an envelope or package designated by **FedEx**, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located in San Francisco, California with delivery fees paid or otherwise provided for. |

☒ **By Express Service Carrier.**  On the above date, I sealed the above documents in an envelope or package designated by **FedEx**, an express service carrier, addressed to the above, and I deposited that sealed envelope or package in a box or other facility regularly maintained by the express service carrier, or delivered that envelope to an authorized courier or driver authorized by the express service carrier to receive documents, located in San Francisco, California with delivery fees paid or otherwise provided for.

☐ **By E-mail.** by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 14, 2008, at San Francisco, California.

/S/ Araceli L. Pallen
Araceli L. Pallen

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

- 2 -

PROOF OF SERVICE