Squire, Sanders & Dempsey L.L.P.
Ethan A. Miller (State Bar # 155965)
Daniel T. Balmat (State Bar # 230504)
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: eamiller@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiffs
THE FOCAL POINT, LLC; ANDREW SPINGLER;
LINDA SPINGLER; G. CHRISTOPHER RITTER;
and SCOTT HILTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,<br><br>Plaintiffs,<br><br>vs.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | Case No. C 07-05764 MHP<br><br>**VIA ELECTRONIC FILING**<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>(L.R. 7-11; L.R. 79-5(c))<br><br>Judge: Honorable Marilyn H. Patel |

1  Pursuant to Civil Local Rules 7-11 and 79-5(c), and pursuant to the Minute Order entered in this case on March 3, 2008, plaintiffs The Focal Point, LLC, Andrew Spingler, Linda Spingler, G. Christopher Ritter and Scott Hilton (collectively, the "Plaintiffs") request that portions of the following documents be filed under seal: Plaintiffs' Opposition to Continental Casual Company's Motion for Summary Judgment (the "Opposition"); the Declaration of Andrew Spingler in Opposition to Continental Casual Company's Motion for Summary Judgment (the "Spingler Declaration"); and the Joints Statement of Undisputed facts filed with the Opposition (the "Joint Statement").

Portions of the Opposition, the Joint Statement and the Exhibits attached to the Spingler Declaration are sealable because they refer to the terms of a proposed Settlement Agreement between Plaintiffs and non-party Brian Ward ("Ward"). The Settlement Agreement contains express terms that prohibit the Plaintiffs from disclosing the terms of the Settlement Agreement.

Consequently, and pursuant to the Minute Order entered in this case on March 3, 2008, Plaintiffs move that the portions of text referred to above (identified as sealable in the documents that will be manually submitted to the Court), and Exhibits A and B to the Spingler Declaration be filed under seal. Plaintiffs will concurrently lodge with the Clerk a proposed order to this effect.

Respectfully submitted,

Dated: April 14, 2008

Squire, Sanders & Dempsey L.L.P.

By: _____/s/ *Daniel T. Balmat*_____
        Daniel T. Balmat

Attorneys for Plaintiffs
THE FOCAL POINT, LLC; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON

SANFRANCISCO/259485.1
058839.00001