**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FOCAL POINT LLC, | No. C 07-05764 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
|   v. | |
| CNA INSURANCE COMPANY INC, | |
|     Defendant(s). | |

    Due to congestion of court's calendar, the parties are notified that the hearing of the motion(s) in this matter currently on calendar for April 28, 2008, is hereby RESCHEDULED to Monday, **June 2, 2008, at 2:00 p.m.**  Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

                                                          Richard W. Wieking
                                                          Clerk, U.S. District Court

Dated:  April 17, 2008                               Anthony Bowser, Deputy Clerk to the
                                                          Honorable Marilyn Hall Patel
                                                                   (415) 522-3140