**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 2, 2008

Case No.   C 07-5764  MHP                Judge: MARILYN H. PATEL

Title: THE FOCAL POINT LLC et al -v- CNA INSURANCE COMPANY INC et al

Attorneys:  Plf: Mark Goodman
            Dft: Richard Simpson

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Defendant's Motion for Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.