UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FOCAL POINT LLC, | No. C 07-05764 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |
|   v. | |
| CNA INSURANCE COMPANY INC, | |
|     Defendant(s). | |

    The parties are hereby notified that a status conference in this matter will be held on Monday, **July 21, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A Joint Status Report shall be filed not later than 10 days prior to the conference.

                                               Richard W. Wieking<br>                                               Clerk, U.S. District Court

Dated: June 11, 2008                                  Anthony Bowser, Deputy Clerk to the<br>                                                 Honorable Marilyn Hall Patel<br>                                                         (415) 522-3140

**United States District Court**
For the Northern District of California