1  Squire, Sanders & Dempsey L.L.P.
   Ethan A. Miller (State Bar # 155965)
2  Daniel T. Balmat (State Bar # 230504)
   One Maritime Plaza, Suite 300
3  San Francisco, CA  94111-3492
   Telephone:  +1.415.954.0200
4  Facsimile:  +1.415.393.9887
   Email:      dbalmat@ssd.com
5
   Attorneys for Plaintiffs
6  THE FOCAL POINT, LLC, ANDREW SPINGLER;
   LINDA SPINGLER; G. CHRISTOPHER RITTER;
7  and SCOTT HILTON

8  Ross, Dixon & Bell LLP
   Monique M. Fuentes (State Bar # 205501)
9  5 Park Plaza, Suite 1200
   Irvine, California 92614-8592
10 Telephone:  +1.949.622.2716
   Facsimile:  +1.949.622.2739
11 Email:      mfuentes@rdblaw.com

12 Attorneys for Defendant
   CONTINENTAL CASUALTY COMPANY

13

## UNITED STATES DISTRICT COURT

14

## NORTHERN DISTRICT OF CALIFORNIA

15

16

| | |
|---|---|
| THE FOCAL POINT, LLC, a California limited liability company; ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CNA INSURANCE COMPANY, INC.; CONTINENTAL CASUALTY COMPANY,<br><br>         Defendants. | Case No.  C-07-05764 MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)]**<br><br>The Honorable Marilyn Hall Patel |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL

**STIPULATION**

Plaintiffs The Focal Point, LLC, Andrew Spingler, Linda Spingler, G. Christopher Ritter, and Scott Hilton (collectively, "The Focal Point") and defendant Continental Casualty Company ("Continental") stipulate by and between their respective counsel of record as follows:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, The Focal Point and Continental stipulate that this entire action shall be dismissed with prejudice. Each party to this Dismissal shall bear its own costs and attorneys' fees.

2. The Court shall retain jurisdiction to enforce the terms of this dismissal.

Dated: July 9, 2008

Respectfully submitted,

Squire, Sanders & Dempsey L.L.P.

By:  /s/
     Daniel T. Balmat

Attorneys for Plaintiffs

THE FOCAL POINT, LLC, ANDREW SPINGLER; LINDA SPINGLER; G. CHRISTOPHER RITTER; and SCOTT HILTON

Dated: July 9, 2008

Respectfully submitted,

Ross, Dixon & Bell, LLP

By:  /s/
     Monique M. Fuentes

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

### [PROPOSED] ORDER

Pursuant to stipulation and Federal Rule of Civil Procedure 41(a), this entire action is hereby DISMISSED WITH PREJUDICE.  The parties shall each bear their own costs and attorneys' fees.  The Court further retains jurisdiction to enforce this dismissal.

IT IS SO ORDERED.

Dated: July 14, 2008



_____
                                          DISTRICT JUDGE

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

- 2 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL